# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ADRIANNE BOWDEN, on behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GHHS Healthcare, LLC, d/b/a GEORGIA HOME HEALTH SERVICES, <br><br> Defendant. | Civil Action No. <br> 7:17-cv-00143-HL |

## ORDER APPROVING SETTLEMENT AGREEMENT

The Parties filed a Joint Motion for Approval of a proposed Settlement Agreement. Having reviewed the proposed Settlement Agreement, this Court finds it to be a reasonable settlement of the Plaintiffs' claims under the Fair Labor Standards Act. The Parties' Motion is therefore **GRANTED.**

**IT IS HEREBY ORDERED** that the Settlement Agreement is **APPROVED.**

**IT IS HEREBY ORDERED** that, within five-business days after the funds for the Attorneys' Fees (as that term is defined in the Settlement Agreement) and the Total Consent Plaintiffs' Settlement Amount (as that term is defined in the Settlement Agreement) are delivered to Plaintiffs' Counsel, the Parties will file a Joint Motion for Partial Dismissal with Prejudice in the Lawsuit. The purpose of this filing is to dismiss with prejudice the claims of Consent Plaintiffs while keeping the case open and retaining the jurisdiction of the Court during the Wind Down Period (as that term is defined in the Settlement Agreement).

**IT IS HEREBY ORDERED** that, once the Wind Down Period has ended and all monies disbursed as agreed, the Parties shall file a Joint Motion to Close and Dismiss the Lawsuit with Prejudice.

**SO ORDERED** this the 27th day of September, 2018.

                    *s/ Hugh Lawson*
                    Honorable Hugh Lawson
                    Senior Judge, United States District Court