IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ADRIANNE BOWDEN On Behalf of HERSELF and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>GHHS HEALTHCARE, LLC, d/b/a GEORGIA HOME HEALTH SERVICES,<br><br>Defendant. | *<br>*<br>*  Case No. 7:17-CV-143(HL)<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 9, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case with prejudice.

This 9th day of August, 2019.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk